DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OCTAVIO BERRERA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-685

[August 8, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 2002CF000127AXXXMB.

Glenn H. Mitchell, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and GERBER, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***